**Dismissed and Memorandum Opinion filed January 10, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00552-CR

**LANDON DARREN ROTHSTEIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from County Criminal Court at Law No. 8
### Harris County, Texas
### Trial Court Cause No. 1768115

## M E M O R A N D U M    O P I N I O N

A jury convicted appellant of driving while intoxicated. On May 8, 2012, the trial court sentenced appellant to confinement for 180 days in the county jail. The sentence was suspended and appellant was placed under community supervision for one year. Appellant filed a notice of appeal on June 7, 2012.

On October 25, 2012, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. On November 11, 2012, the

trial court conducted the hearing, and the record of the hearing was filed in this court on December 12, 2012. At the hearing, appellant confirmed that he had discussed pursuing his appeal with several lawyers and determined that he no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).